UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN ROBERT DEMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-CV-77 LMB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Plaintiff has submitted a document titled "Motion for Declaratory Ruling," which the Court will construe to be a complaint. However, plaintiff has not submitted the statutory filing fee of $350. Plaintiff may not proceed in forma pauperis because he has incurred more than three "strikes" under 28 U.S.C. § 1915(g).[1] As a result, the Court will order plaintiff to pay the filing fee. If plaintiff fails to timely pay the filing fee, this case will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay the $350 filing fee within twenty (20) days from the date of this Order.

---

[1] See Demos, Jr. v. John Doe, 4:94-CV-1540 GFG (E.D. Mo. Dec. 7, 1994); Demos, Jr. v. Anheuser Busch Brewery, 4:94-CV-1962 WSB (E.D. Mo. Dec. 7, 1994); Demos, Jr. v. John Doe, 4:94-CV-2400 DDN (E.D. Mo. Jan. 30, 1995). Additionally, a review of the United States Party/Case Index reveals that plaintiff has filed frivolous actions in numerous district courts across the nation.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely pay the filing fee, this case will be dismissed.

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of May, 2008.